IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FERNANDES,

    Plaintiff,

v.

GABRIEL CHIU,

    Defendant.
_____/

No. C 08-00623 JSW

**ORDER TO SHOW CAUSE**

Plaintiff filed this action on January 25, 2008, and filed an Amended Complaint on June 9, 2008. Defendants have not yet answered or otherwise responded, and Plaintiff has not filed proof of service.

Accordingly, Plaintiff is HEREBY ORDERED to show cause why this case should not be dismissed for failure to prosecute. Plaintiff's response shall be due by no later than February 13, 2009.

**IT IS SO ORDERED.**

Dated: January 27, 2009

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California