THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, Plaintiff, v. GABRIEL and LAI HAR CHIU, Defendants. _____/ | Case No. C 08-623 JSW NOTICE OF VOLUNTARY DISMISSAL; ORDER |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action with prejudice.

Date: February 27, 2009

                              S/THOMAS N. STEWART, III
                                Attorney for Plaintiff

IT IS SO ORDERED

_____
JUDGE

C 08-623 JSW                   1